# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO.  2020 KW 0063

VERSUS

JERRY BRADLEY

**MAY 0 1 2020**

---

In Re:  Jerry Bradley, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 06-19-0633 and 06-19-0634

---

**BEFORE:  HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include copies of the bills of information, the pertinent criminal court minutes, the motions at issue herein and a supporting memorandum, and any other pertinent documents from the district court record that may assist with relator's claims.

**GH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT